# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 303-3). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Billie Owens

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Richard Owens as next of kin (Son)

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    North Carolina

-2-

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court: Midddle District of North Carolina

8. Defendants (check Defendants against whom Complaint is made):

*C.R. Bard Inc.

*Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

*Diversity of Citizenship

☐   Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

*Recovery® Vena Cava Filter

*G2® Vena Cava Filter

* G2® Express (G2®X) Vena Cava Filter
* Eclipse® Vena Cava Filter
* Meridian® Vena Cava Filter
* Denali® Vena Cava Filter
* ☐ Other: _____

11. Date of Implantation as to each product:

  On or about March 28, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

    * Count I:     Strict Products Liability – Manufacturing Defect
    * Count II:    Strict Products Liability – Information Defect (Failure to Warn)
    * Count III:   Strict Products Liability – Design Defect
    * Count IV:    Negligence - Design
    * Count V:     Negligence - Manufacture
    * Count VI:    Negligence – Failure to Recall/Retrofit
    * Count VII:   Negligence – Failure to Warn
    * Count VIII:  Negligent Misrepresentation
    * Count IX:    Negligence *Per Se*
    * Count X:     Breach of Express Warranty
    * Count XI:    Breach of Implied Warranty
    * Count XII:   Fraudulent Misrepresentation

* ==Count XIII:    Fraudulent Concealment==
☐ Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
☐ Count XV:    Loss of Consortium
☐ Count XVI:   Wrongful Death
☐ Count XVII:  Survival
☐ Punitive Damages
☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this <u>1st</u> day of February 2017.

**Roxell Richards Law Firm**

By: <u>  /s/             </u>
Roxell Richards
TX Bar No. 24049753
Oluwaseun "Seun" Adeyemi
TX Bar No. 24094495
Roxell Richards Law Firm
6420 Richmond Ave Ste. 135
Houston TX, 77057


*Attorneys for Plaintiff*


I hereby certify that on this <u>1st </u>day of February, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

<u>/s/ Roxell Richards                </u>

Roxell Richards